**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PAUL SHARWELL, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NO. 07-CV-068-WDS ) |
| FORD MOTOR COMPANY, | ) ) |
| Defendant. | ) |

## O R D E R

**STIEHL, District Judge:**

      This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to United States District Judge David R. Herndon for all further proceedings. All future pleadings shall bear Case No. 07-CV-068-DRH.

      **IT IS SO ORDERED.**

      **DATED: January 31, 2007.**


                                      **s/ WILLIAM D. STIEHL
                                              DISTRICT JUDGE**

Dockets.Justia.com