IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PAUL SHARWELL, individually and on behalf of others similarly situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) ) |
| **FORD MOTOR COMPANY,** | ) ) |
| **Defendant.** | ) |

CAUSE NO. 07-CV-068-WDS

## O R D E R

**STIEHL, District Judge:**

      This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to United States District Judge David R. Herndon for all further proceedings. All future pleadings shall bear Case No. 07-CV-068-DRH.

      **IT IS SO ORDERED.**

      **DATED: January 31, 2007.**

      **s/ WILLIAM D. STIEHL**
           **DISTRICT JUDGE**